```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 23605
   JUANITA S BAKER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1610

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/22/2004 and was confirmed 08/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 08/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED         21000.00        3305.75      10475.19
DAIMLER CHRYSLER FINANCI  UNSECURED        8285.68            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          123.53            .00           .00
ECAST SETTLEMENT CORP     UNSECURED        6015.25            .00           .00
FREEDMAN ANSELMO & LINDB  UNSECURED       NOT FILED           .00           .00
AMERICAN EXPRESS TRAVEL   UNSECURED        6762.14            .00           .00
DAIMLER CHRYSLER SERVICE  NOTICE ONLY          .00            .00           .00
BANK ONE                  UNSECURED       18440.34            .00           .00
INTERNAL REVENUE SERVICE  UNSECURED            7.60           .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,230.20                     2,230.20
TOM VAUGHN                TRUSTEE                                         933.86
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             16,945.00

PRIORITY                                           .00
SECURED                                      10,475.19
   INTEREST                                   3,305.75
UNSECURED                                          .00
ADMINISTRATIVE                                2,230.20
TRUSTEE COMPENSATION                            933.86
DEBTOR REFUND                                      .00
                    ---------------       ---------------
TOTALS              16,945.00                16,945.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 23605 JUANITA S BAKER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/13/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```